## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **Criminal No.** |
| v. : | |
| **VINEET KALUCHA,** : | **VIOLATION:** |
| : | **18 U.S.C. § 1505** |
| **Defendant** : | **(Obstruction of Justice)** |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Obstruction of Justice)

1. At all times relevant to this Information, defendant **VINEET KALUCHA** was the majority owner, managing partner, and Chief Investment Officer of Aphelion Fund Management LLC ("Aphelion Management"). George Palathinkal was the general partner and Chief Financial Officer of Aphelion Management.

2. In January 2014, the United States Securities and Exchange Commission ("SEC") opened a formal investigation of Aphelion Management.

3. On February 25, 2014, defendant **KALUCHA** provided investigative testimony before the SEC in Chicago, Illinois. Among other things, defendant **KALUCHA** testified that he had entered into a written promissory note for "about $350,000" with Aphelion Management. Following that testimony, defendant **KALUCHA** called Palathinkal and told him that the SEC attorneys had asked defendant **KALUCHA** about the report of Firm A and the loans taken by defendant **KALUCHA** and Palathinkal.

4. In early March 2014, Palathinkal met defendant **KALUCHA** in New York, New York, and further discussed defendant **KALUCHA**'s testimony before the SEC. Defendant

1

KALUCHA told Palathinkal that defendant KALUCHA had testified before the SEC that there were written promissory notes covering the loans defendant KALUCHA and Palathinkal had purportedly taken from Aphelion Management. Knowing such written promissory notes did not exist, defendant KALUCHA stated that he would have Law Firm A, which represented Aphelion Management, create a written promissory note for himself for a loan up to $350,000.

5. Defendant KALUCHA contacted Law Firm A and requested that it draft promissory notes to memorialize the above-referenced loans. On March 4, 2014, a lawyer at Law Firm A sent defendant KALUCHA a document entitled "AMENDED AND RESTATED PROMISSORY NOTE," which was dated "March __, 2014." Thereafter, defendant KALUCHA spoke with the lawyer by phone at Law Firm A and requested several changes, including that the date on the note be changed to January 1, 2013. On March 6, 2014, the lawyer at Law Firm A sent defendant KALUCHA a document entitled "~~AMENDED AND RESTATED~~ PROMISSORY NOTE," which was dated January 1, 2013.

6. Defendant KALUCHA and Palathinkal signed two documents entitled "PROMISSORY NOTE" that were dated January 1, 2013. In one, defendant KALUCHA promised to repay Aphelion Management defendant KALUCHA's loan balance of up to $350,000 by December 31, 2016. In the other, Palathinkal promised to repay Aphelion Management his loan balance of up to $200,000 by December 31, 2016. Defendant KALUCHA and Palathinkal signed these documents on or about March 5 or 6, 2014.

7. Pursuant to a subpoena dated February 20, 2014, Palathinkal appeared at the offices of the SEC in Chicago, Illinois on March 7, 2014 to provide investigative testimony. During this testimony, Palathinkal provided the above-described documents purporting to be promissory notes to the SEC staff.

8. On or about March 17, 2014, in response to a subpoena from the SEC, defendant **KALUCHA** produced documents to the SEC by Federal Express to both the SEC office in Chicago, IL, and to the SEC office located at 100 F Street, N.E., Washington, D.C. The documents included a cover letter dated March 17, 2014, signed by defendant **KALUCHA** and electronic documents on a thumb drive. The above-described documents were among the documents produced.

9. At the time of the above-described testimony and production of documents the SEC was investigating, among other things, the propriety and reasonableness of payments from Aphelion Management to defendant **KALUCHA**.

10. Between on or about February 25, 2014 and on or about March 17, 2014, in the District of Columbia and elsewhere, defendant **KALUCHA** did corruptly endeavor to influence, obstruct, and impede the due and proper administration of the law under which an investigation was being had before the United States Securities and Exchange Commission by, among other things, providing the SEC with documents purporting to be promissory notes signed January 1, 2013 when, in fact, these documents had been created in March 2014.

**(Obstruction of Justice, in Violation of Title 18, United States Code, Section 1505)**

CHANNING D. PHILLIPS
United States Attorney

By: _____
Peter C. Lallas
New York Bar No. 4290623
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-6879
Peter.Lallas@usdoj.gov